IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| CONNIE DOYLE and ANNETTE NEVIDOMSKY, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KALISPELL REGIONAL HEALTHCARE,<br><br>Defendant. | CV 19–208–M–DWM<br><br>ORDER |

Plaintiffs move for the admission of Gary M. Klinger to practice before this Court in this case with William A. Rossbach to act as local counsel. Mr. Klinger's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Gary M. Klinger *pro hac vice* (Doc. 9) is GRANTED on the condition that Mr. Klinger shall do his own work. This means that Mr. Klinger must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Klinger, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 15 day of January, 2020.

Donald W. Molloy, District Judge
United States District Court