IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| CONNIE DOYLE and ANNETTE NEVIDOMSKY, on behalf of herself and all other similarly situated, | CV 19–208–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| KALISPELL REGIONAL HEALTHCARE, | |
| Defendant. | |

Defendant Kalispell Regional Healthcare having moved for leave to file an overlength brief and good cause appearing,

IT IS ORDERED that the motion (Doc. 13) is GRANTED. Defendant may file an 8,000-word brief in support of its anticipated motion to dismiss. Plaintiffs may file an 8,000-word response brief.

DATED this 5th day of February, 2020.

Donald W. Molloy, District Judge
United States District Court