IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| CONNIE DOYLE and ANNETTE NEVIDOMSKY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KALISPELL REGIONAL HEALTHCARE,<br><br>Defendant. | CV 19–208–M–DWM<br><br><br>ORDER |

Defendant moves for the admission of Jon P. Kardassakis to practice before this Court in this case with Gary M. Zadick to act as local counsel. Mr. Kardassakis's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Jon P. Kardassakis *pro hac vice* (Doc. 19) is GRANTED on the condition that Mr. Kardassakis shall do his own work. This means that Mr. Kardassakis must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Kardassakis, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 3rd day of February, 2020.

Donald W. Molloy, District Judge
United States District Court