

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CONNIE DOYLE and ANNETTE NEVIDOMSKY, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KALISPELL REGIONAL HEALTHCARE, <br><br> Defendant. | CV 19–208–M–DWM <br><br><br> ORDER |

Plaintiffs having filed a notice of voluntary dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 11th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court